## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **:** | |
| | **:** | |
| v. | **:** | **CRIMINAL ACTION** |
| | **:** | **NO. 11-76-1** |
| | **:** | |
| AMOS SINGLETON | **:** | |

## ORDER

This 18th day of May, 2023, it is hereby **ORDERED** that Defendant Amos Singleton's

Motion to Vacate his Sentence Under 18 U.S.C. § 2255 (ECF 245, 299) is **GRANTED** as to

Defendant's *Johnson*/*Borden* challenge.  The remainder of Defendant's Motion is **DENIED**.  The

Court will determine the proper remedy following the submission of supplemental briefing, as

required by ECF 357.

It is further **ORDERED** that Defendant's Motion to Appoint Counsel (ECF 341) is

**DENIED** as **MOOT**.

　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　United States District Judge