# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **NO. 11-76-1** |
| | : | |
| **AMOS SINGLETON** | : | |

## ORDER

This 3rd day of December, 2024, it is hereby **ORDERED** that Defendant's Motion to Stay Resolution of His Petition under Section 2255, ECF 385, is **DENIED.** It is further **ORDERED** that Defendant's Motion to Proceed IFP, ECF 386, is **DENIED** as moot. It is further **ORDERED** that Defendant's Motion to Vacate Sentence, ECF 388, is **DENIED.** There is no basis on which to grant a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge