IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **NO. 11-76-1** |
| | : | |
| **AMOS SINGLETON** | : | |

## ORDER

This 3rd day of December, 2024, it is hereby **ORDERED** that Defendant's Motion to Appoint Counsel, ECF 383, is **GRANTED,** *nunc pro tunc.* such that the Court will consider the arguments submitted by the Federal Defender. It is further **ORDERED** that Defendant's Motion for Compassionate Release, ECF 377, as supplemented by the Federal Defender, ECF 390, is **DENIED** for the reasons set forth in the accompanying memorandum.


　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　United States District Judge